UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHARKCO SEAFOOD INTERNATIONAL, LLC, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7036** |
| **THIRD COAST INFRASTRUCTURE, LLC, ET AL.** | **SECTION: D (2)** |

## ORDER

After reviewing the Amended Complaint (R. Doc. 7), the Court finds that subject matter jurisdiction exists under 28 U.S.C. § 1331.

Accordingly,

**IT IS HEREBY ORDERED** that the Court's November 27, 2023 Order (R. Doc. 4) has been satisfied.

**IT IS FURTHER ORDERED** that the claims asserted by KEB, LLC are **DISMISSED without prejudice**, based upon Plaintiffs' representation that KEB, LLC has decided not to continue with the litigation for unrelated reasons (R. Doc. 8-1 at p. 1, n.3).

**IT IS FURTHER ORDERED** that the Motion for Leave to Conduct Jurisdictional Discovery (R. Doc. 8) is **DENIED.** The Court finds it unnecessary at this time to grant leave to conduct jurisdictional discovery because jurisdiction exists under 28 U.S.C. § 1331.

New Orleans, Louisiana, December 11, 2023.

*Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**