UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SHARKCO SEAFOOD INTERNATIONAL, LLC, ET AL.**　　　**CIVIL ACTION**

**VERSUS**　　　**NO. 23-7036**

**THIRD COAST INFRASTRUCTURE, LLC, ET AL.**　　　**SECTION "O"**

## JUDGMENT

Considering the notice[1] of voluntary dismissal without prejudice filed by Plaintiffs Sharkco Seafood International, LLC, Bruce Drury, Jr., and Kevin Drury under Federal Rule of Civil Procedure 41(a)(1)(A)(i),

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice. Each party will bear its own costs.

New Orleans, Louisiana, this 21st day of March, 2024.

_____
BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 25.